# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 5, 2019

158066-7 & (65)

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

SPECTRUM HEALTH HOSPITALS,
      Plaintiff-Appellant,

v

FARM BUREAU MUTUAL INSURANCE
COMPANY OF MICHIGAN and FARM
BUREAU GENERAL INSURANCE
COMPANY OF MICHIGAN,
      Defendants-Appellees.
_____/

SC: 158066
COA: 336244
Kent CC: 14-010519-NF

SPECTRUM HEALTH HOSPITALS,
      Plaintiff-Appellant,

v

FARM BUREAU MUTUAL INSURANCE
COMPANY OF MICHIGAN and FARM
BUREAU GENERAL INSURANCE
COMPANY OF MICHIGAN,
      Defendants-Appellees.
_____/

SC: 158067
COA: 337477
Kent CC: 14-010519-NF

The application for leave to appeal the April 10, 2018 judgment of the Court of Appeals and the motion for miscellaneous relief are considered. The motion for miscellaneous relief is GRANTED in part. On order of the Court, it appearing to this Court that the case of *W A Foote Mem Hosp v Mich Assigned Claims Plan* (Docket No. 156622) is pending on appeal before this Court and that the decision in that case may resolve an issue raised in the present application for leave to appeal, we ORDER that the application be held in ABEYANCE pending the decision in that case.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 5, 2019



Clerk

a0225